## (October 21, 1941.)

LYNOTT JORDAN, as Administrator, etc., of SYLVIA JORDAN, Deceased, Appellant, v. LUKAS SMYK, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 414.] The court certifies that questions of law have arisen which in its opinion ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.